UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

Jul 14 2026

**ARTHUR JOHNSTON, CLERK**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE CRIMINAL COMPLAINT
ARREST WARRANT AND
AFFIDAVIT FILED IN
SUPPORT OF CRIMINAL COMPLAINT

CASE NO. 1:26-mj- 6035-RPM

## ORDER

Considering the foregoing Ex Parte Motion of the United States, the Court finds:

That there is compelling governmental interest in ongoing criminal investigations which justifies sealing the documents referred to in the motion, therefore;

IT IS HEREBY ORDERED that the Complaint, Affidavit, and Arrest Warrant herein be sealed, as well as the Motion and Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshal Service and/or the United States Attorney's Office shall make copies of the Complaint, Arrest Warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same.

ORDERED this _____ day of July 2026.

_____
UNITED STATES MAGISTRATE JUDGE