UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jul 14 2026

**ARTHUR JOHNSTON, CLERK**

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSEPH ALFREDO VASQUEZ DUMARCE | ) | Case No.  1:26-mj-00635-RPM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 11, 2026 _____ in the county of _____ Jackson _____ in the
_____ Southern _____ District of _____ MS, Southern Division _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Defendant, Joseph Alfredo Vasquez Dumarce, transmitted, in interstate commerce, a threatening communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brodey B. Gibson, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___7/14/26___

_____
*Judge's signature*

City and state: _____ Gulfport, MS _____

Robert P. Myers, Jr.,United States Magistrate Judge
_____
*Printed name and title*

I, Brodey Gibson, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since January 2021. I am currently assigned to FBI Jackson Division, Pascagoula Resident Agency (RA) in Mississippi and serve on the FBI Safe Streets Task Force (SSTF). My primary duties at the FBI include the investigation of organized narcotics traffickers and the investigation of violent crimes. I have participated in numerous investigations of crimes involving violence, during the course of which I have participated in: physical surveillance, controlled evidence purchases, the execution of search warrants, debriefing of informants, and reviews of recorded conversations. I have also been the Affiant for federal arrest and search warrants. Through my training, education, and experience I have become familiar with the manner in which violent criminal enterprises operate to further their organizations.

2.      This affidavit is submitted in support of a criminal complaint alleging JOSEPH ALFREDO VASQUEZ DUMARCE (hereinafter referred to as DUMARCE) has violated Title 18, United States Code, Section 875(c), namely, the transmission of a communication in interstate commerce containing a threat to injure the person of another. This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging DUMARCE with the transmission of a communication in interstate containing a threat to injure the person of another, therefore, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3.    This affidavit is based on my participation in this investigation, reports I have read related to this investigation, and conversations I have had with other law enforcement personnel who have knowledge of the events and circumstances described herein.

## FACTS SUPPORTING PROBABLE CAUSE

4.    On or about July 11, 2026, a Facebook user bearing the moniker yaeyae962 sent a direct message to a Jackson County Mississippi Chancery Court Judge.

5.    This message constituted the threat that a bomb would be mailed to the judge's office. The message is reproduced below:



6.  Records associated with the Facebook Messenger account yaeyae962 indicated that the email address moneybagjojo1916@gmail.com was associated with the registration and the operation of the account. The Facebook records also indicated that the user attributed their birthday as 02/17/1999. Several IP addresses associated with registration and operation of the account were attributed to the state of California and the city of Sacramento.

7.  $Moneybagjojo1916 is a username in the CashApp application. This user profile indicated a display name of Joseph Dumarce.



8.  Records associated with the Google account moneybagjojo1916@gmail.com indicated the following additional associated email accounts: dumarcejoseph3@gmail.com, dumarcejoseph88@gmail.com, and dumarcejoseph25@gmail.com. Google records also indicated customer information with a postal address of Sacramento, CA and a postal code of 95820.

9.  Open source intelligence for Joseph Dumarce with a date of birth of 02/17/1999 in the state of California, city of Sacramento yielded one candidate, DUMARCE with an address in Sacramento, California.

10. The device International Mobile Equipment Identity (IMEI) associated with the Google account was attributed to an AT&T phone number of 916-418-9870. Cell site information associated with this phone number on July 10, 2026, is consistent with geographic location of DUMARCE's address.

11. Call detail records associated with this phone number indicate that it called phone numbers associated with the office of the Jackson County Mississippi Chancery Court on July 11th at 01:27AM CST.

12. Based on the above, your Affiant believes there is probable cause to believe on or about July 11, 2026, DUMARCE was in violation of Title 18, United States Code, Sections 875(c), namely, the transmission of a communication in interstate containing a threat to injure the person of another.

FURTHER AFFIANT SAYETH NOT.

Brodey B. Gibson
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on July 14, 2026.

Robert P. Myers Jr.
United States Magistrate Judge

4