

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO. 1:26cr124 HSO-BWR

JOSEPH ALFREDO VASQUEZ DUMARCE

ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited

to the Indictment and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshal Service and/or the United States Attorney's

Office shall make copies of the indictment, warrant, and any related documents available to other federal,

state, and local law enforcement agencies who request the same as needed to facilitate the arrest and

detention of the defendant.

ORDERED this 28TH day of July 2026.

_____
UNITED STATES MAGISTRATE JUDGE