PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 28 2026

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:26cr124 HSO-BWR

JOSEPH ALFREDO VASQUEZ DUMARCE
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named

defendant having been filed in the above-entitled cause on the __28__ day of July 2026.

This the __28__ day of July 2026.

J.E. BAXTER KRUGER
United States Attorney

By: _____
HUNTER MCCREIGHT
Assistant United States Attorney
GA Bar # 728770

Warrant issued: _____

HM/FBI