IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 30 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:26cr 124 HSO-BWR

JOSEPH ALFREDO VASQUEZ DUMARCE

MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United

States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this

case.

Date: July 30 _____, 2026

Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By: _____
Hunter McCreight
Assistant United States Attorney
Georgia Bar No. 728770
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501
Telephone No.: (228) 563-1560
Facsimile No.: (228) 563-1571
Email: Hunter.McCreight@usdoj.gov