IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 1:26cr124-HSO-BWR

JOSEPH ALFREDO VASQUEZ DUMARCE

ORDER TO UNSEAL INDICTMENT AND CASE

Upon Motion of the United States Attorney, the Clerk is directed to unseal the indictment

and this case.

SO ORDERED, this the 30th day of July 2026.


/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE